**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER: |
| PLAINTIFF | CR 21-485 PA |
| v. | |
| MARK RIDLEY-THOMAS, et al., | **ORDER TO REASSIGN CRIMINAL CASE DUE TO SELF-RECUSAL** |
| DEFENDANT(S). | |

The undersigned Judge, to whom the above-entitled criminal case was assigned, is hereby of the opinion that he or she should not preside over said case by reason of:

28 USC section 455(a)

IT IS HEREBY ORDERED that the Clerk randomly reassign the above-referenced case in accordance with General Order 21-01.

October 15, 2021
Date

_[signature]_
United States District/Magistrate Judge

**Notice to Counsel from Clerk**

The above-referenced criminal case has been randomly reassigned to Judge  Dale S. Fischer  . On all documents subsequently filed in this case, please substitute the initials  DSF  after the case number in place of the initials of the prior judge so that the case number will read  2:21-cr-00485-DSF  .

This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☑ Previous Judge   ☐ Statistics Clerk

CR-102 (03/21)                    ORDER TO REASSIGN CRIMINAL CASE DUE TO SELF-RECUSAL