## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:21-CR-00485          Recorder: CS 10/20/2021          Date: 10/20/2021

Present: The Honorable Rozella A. Oliver, U.S. Magistrate Judge

Court Clerk: Donnamarie Luengo          Assistant U.S. Attorney: Ruth Pinkel and Lindsey Greer Dotson

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1) MARK RIDLEY-THOMAS BOND-PRESENT BY VTC | 1) MICHAEL J. PROCTOR RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and the Court does not question defendant as to true name.
Defendant is given a copy of the Indictment and acknowledges having been read or having received a copy of the Indictment and waives the reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Dale S. Fischer.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 12/14/2021 at 8:30 AM
Status Conference 11/1/2021 at 8:30 AM
Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are referred to the assigned judge's trial/discovery order located on the court's website, Judges' Procedures and Schedules.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 02
Initials of Deputy Clerk: DL by TRB