# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:21-cr-00485-DSF |
| v. | |
| Marilyn Louise Flynn | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint Brian J. Hennigan_____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

November 16, 2021
*Date*

*Defendant's Signature* For Marilyn Louise Flynn

Los Angeles, CA
*City and State*

## APPEARANCE OF COUNSEL

I, Brian J. Hennigan_____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

November 16, 2021
*Date*

*Attorney's Signature*

86955
*California State Bar Number*

523 W. 6th Street, Suite 400
*Street Address*

Los Angeles, CA 90014
*City, State, Zip Code*

213-788-4340          888-775-0898
*Telephone Number*    *Fax Number*

bhennigan@hueston.com
*E-mail Address*

CR-14 (01/07)    **DESIGNATION AND APPEARANCE OF COUNSEL**