TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RUTH C. PINKEL (Cal. Bar No. 164470)
LINDSEY GREER DOTSON (Cal. Bar No. 266973)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
       1500 United States Courthouse
       312 North Spring Street
       Los Angeles, California 90012
       Telephone:  (213) 894-6077/4443
       Facsimile:  (213) 894-0141
       E-mail:     ruth.pinkel@usdoj.gov
                   lindsey.dotson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-00485-DSF |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| MARK RIDLEY-THOMAS and MARILY LOUISE FLYNN, | |
| Defendants. | **CURRENT TRIAL DATES:    12-14-2021** **12-21-2021** |
| | **PROPOSED TRIAL DATE:    08-09-2022** |

     Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorneys Ruth C. Pinkel and

Lindsey Greer Dotson, defendant MARK RIDLEY-THOMAS, both individually

and by and through his counsel of record Michael J. Proctor and Galia

Z. Amram, and defendant MARILYN LOUISE FLYNN, both individually and

by and through her counsel of record Vicki I. Podberesky and Brian J.

Hennigan, hereby stipulate as follows:

1      1.    The Indictment in this case was filed on October 13, 2021.

2   Defendant MARK RIDLEY-THOMAS ("defendant RIDLEY-THOMAS") first

3   appeared before a judicial officer of the court in which the charges

4   in this case were pending on October 20, 2021.  The Speedy Trial Act,

5   18 U.S.C. § 3161, originally required that the trial for defendant

6   RIDLEY-THOMAS commence on or before December 29, 2021.  Defendant

7   MARILYN LOUISE FLYNN ("defendant FLYNN") first appeared before a

8   judicial officer of the court in which the charges in this case were

9   pending on October 25, 2021.  The Speedy Trial Act, 18 U.S.C. § 3161,

10  originally required that the trial for defendant FLYNN commence on or

11  before January 3, 2022.

12      2.    On October 20, 2021, the Court set a trial date of December

13  14, 2021 for defendant RIDLEY-THOMAS.  On October 25, 2021, the Court

14  set a trial date of December 21, 2021 for defendant FLYNN.

15      3.    Defendant RIDLEY-THOMAS and defendant FLYNN (collectively,

16  "defendants") are released on bond pending trial.  The parties

17  estimate that the trial in this matter will last approximately two

18  weeks.

19      4.    By this stipulation, defendants move to continue their

20  respective trial dates to August 9, 2022.  This is defendants' first

21  request for a trial continuance.  Defendants request that a final

22  status conference be set for August 1, 2022.  Defendants also request

23  that (1) all motions, including any motion for severance but

24  excluding motions in limine, be filed not later than May 27, 2022 and

25  (2) all motions in limine be filed not later than July 1, 2022.

26      5.    Defendants request the continuance based upon the following

27  facts, which the parties believe demonstrate good cause to support

28  the appropriate findings under the Speedy Trial Act:

2

1          a.    Defendants are charged with the following:

2   (1) Conspiracy (18 U.S.C. § 371); (2) Bribery (18 U.S.C. §§

3   666(a)(1)(B), (a)(2)); (3) Honest Services Mail Fraud (18 U.S.C. §§

4   1341, 1346); and (4) Honest Services Wire Fraud (18 U.S.C. §§ 1343,

5   1346).   The government has produced over 128,000 pages of discovery

6   to the defense.

7          b.    Michael J. Proctor and Galia Z. Amram, counsel for

8   defendant RIDLEY-THOMAS, are presently scheduled to be in trial on

9   May 17, 2022 for a three-week trial in United States v. Bolandian,

10  case no. CR 15-00465-TJH.   Counsel for defendant RIDLEY-THOMAS

11  represent that they need additional time to review the discovery

12  produced by the government and will not have the time that they

13  believe is necessary to prepare to try this case on the current trial

14  date.   Based on their aforementioned trial schedule, the discovery

15  produced to date, and the information presently available to them,

16  they represent that a continuance to the proposed trial date will

17  allow them sufficient time to prepare for trial in this case.

18         c.    Vicki I. Podberesky, counsel for defendant FLYNN, is

19  presently scheduled to be in trial on the following dates: January

20  21, 2022 for a 10-day, single-defendant insurance fraud trial in

21  People v. Nameth, case no. BA447955, Department 130, Los Angeles

22  Superior Court; February 8, 2022 for a five-day, single-defendant

23  healthcare fraud trial in United States v. Khadem, case no. CR 18-

24  00288-SVW; April 12, 2022 for a four-week, multiple-defendant

25  healthcare fraud trial in United States v. Parker, case no. CR 18-

26  00121-JLS; May 17, 2022 for a five-day, single-defendant child

27  pornography trial in United States v. Kahmann, case no. CR 21-00459-

28  SB; June 21, 2022 for a four-day, single-defendant drug trial in

1  United States v. Ruiz, case no. CR 19-00012-JAK (stipulation for

2  trial continuance to this date pending); July 12, 2022 for a two-

3  week, multiple-defendant healthcare fraud trial in United States v.

4  Sadovsky, case no. CR 18-00375-AB; and September 6, 2022 for a two-

5  week, multiple-defendant healthcare fraud trial in United States v.

6  Soulati, case no. CR 19-00527-ODW.  Ms. Podberesky represents that

7  she needs additional time to review the discovery produced by the

8  government and will not have the time that she believes is necessary

9  to prepare to try this case on the current trial date.  In addition,

10 based on her aforementioned trial schedule, she represents that she

11 will not have the time that she believes is necessary to try this

12 case on the current trial date and that a continuance to the proposed

13 trial date will allow her sufficient time to prepare for trial in

14 this case.

15         d.   Although Brian J. Hennigan, counsel for defendant

16 FLYNN, has no current trials scheduled between March and August 2022,

17 he represents that he needs additional time to review the discovery

18 produced by the government and will not have the time that he

19 believes is necessary to prepare to try this case on the current

20 trial date.

21         e.   In light of the foregoing, counsel for defendants also

22 represent that additional time is necessary to confer with

23 defendants, conduct and complete an independent investigation of the

24 case, conduct and complete additional legal research including for

25 potential pre-trial motions, review the discovery and potential

26 evidence in the case, and prepare for trial in the event that a

27 pretrial resolution does not occur.  Defense counsel represent that

28 failure to grant the continuance would deny them reasonable time

4

1   necessary for effective preparation, taking into account the exercise

2   of due diligence.

3        f.    Defendants believe that failure to grant the

4   continuance will deny them continuity of counsel and adequate

5   representation.

6        g.    The parties have met and conferred and mutually agree

7   that the current trial dates be vacated.  The government prefers an

8   earlier trial date in 2022, but in light of defense counsel's trial

9   schedule and request, the parties stipulate that the matter proceed

10  to trial on August 9, 2022.

11       h.    The requested continuance is not based on congestion

12  of the Court's calendar, lack of diligent preparation on the part of

13  any attorney for the government or the defense, or failure on the

14  part of any attorney for the government to obtain available

15  witnesses.

16    6.    For purposes of computing the date under the Speedy Trial

17  Act by which defendants' trial must commence, the parties agree that

18  the time period of December 14, 2021 to August 9, 2022, inclusive,

19  should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

20  (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a

21  continuance granted by the Court at defendants' request, without

22  government objection, on the basis of the Court's finding that: (i)

23  the ends of justice served by the continuance outweigh the best

24  interest of the public and defendants in a speedy trial; (ii) failure

25  to grant the continuance would be likely to make a continuation of

26  the proceeding impossible, or result in a miscarriage of justice; and

27  (iii) failure to grant the continuance would unreasonably deny

28  defendants continuity of counsel and would deny defense counsel the

1 │ reasonable time necessary for effective preparation, taking into

2 │ account the exercise of due diligence.

3 │     7.   Nothing in this stipulation shall preclude a finding that

4 │ other provisions of the Speedy Trial Act dictate that additional time

5 │ periods be excluded from the period within which trial must commence.

6 │ Moreover, the same provisions and/or other provisions of the Speedy

7 │ Trial Act may in the future authorize the exclusion of additional

8 │ time periods from the period within which trial must commence.

9 │     IT IS SO STIPULATED.

10 │  Dated: December 6, 2021       Respectfully submitted,

11 │             TRACY L. WILKISON
            United States Attorney

12 │

13 │             SCOTT M. GARRINGER
            Assistant United States Attorney
            Chief, Criminal Division

14 │

15 │         *Lindsey Greer Dotson*
            _____
            RUTH C. PINKEL

16 │             LINDSEY GREER DOTSON
            Assistant United States Attorneys

17 │

18 │             Attorneys for Plaintiff
            UNITED STATES OF AMERICA

19 │

20 │

21 │

22 │

23 │

24 │

25 │

26 │

27 │

28 │

I am defendant MARK RIDLEY-THOMAS's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client.  I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than August 9, 2022 is an informed and voluntary one.

_____          12/2/2021
MICHAEL J. PROCTOR               Date
GALIA Z. AMRAM

Attorneys for Defendant
MARK RIDLEY-THOMAS


I have read this stipulation and have carefully discussed it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than August 9, 2022.  I understand that I will be ordered to appear in Courtroom 7D of the United States Courthouse, 350 W. 1st Street, Los Angeles, California on August 9, 2022 at 9:00 a.m.

_____          12/6/21
MARK RIDLEY-THOMAS               Date
Defendant

1      I am defendant MARILYN LOUISE FLYNN'S attorney.  I have

2  carefully discussed every part of this stipulation and the

3  continuance of the trial date with my client.  I have fully informed

4  my client of her Speedy Trial rights.  To my knowledge, my client

5  understands those rights and agrees to waive them.  I believe that my

6  client's decision to give up the right to be brought to trial earlier

7  than August 9, 2022 is an informed and voluntary one.

8  _____        12/2/2021
                                          _____
9  VICKI  I.  PODBERESKY                  Date
   BRIAN  J.  HENNIGAN
10
   Attorneys  for  Defendant
11 MARILYN  LOUISE  FLYNN

12

13

14     I have read this stipulation and have carefully discussed it

15 with my attorney.  I understand my Speedy Trial rights.  I

16 voluntarily agree to the continuance of the trial date and give up my

17 right to be brought to trial earlier than August 9, 2022.  I

18 understand that I will be ordered to appear in Courtroom 70 of the

19 United States Courthouse, 350 W. 1st Street, Los Angeles, California

20 on August 9, 2022 at 9:00 a.m.

21 _____          12/1/2021
                                          _____
22 MARILYN  LOUISE  FLYNN                  Date
   Defendant

23

24

25

26

27

28

8