TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RUTH C. PINKEL (Cal. Bar No. 164770)
LINDSEY GREER DOTSON (Cal. Bar No. 266973)
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6077/4443/8452
     Facsimile: (213) 894-7631
     E-mail:    ruth.pinkel@usdoj.gov
                lindsey.dotson@usdoj.gov
                thomas.rybarczyk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:21-00485-DSF |
|---|---|
| Plaintiff, | RESPONSE TO OPPOSITION TO THE REQUEST FOR CONTINUANCE OF TRIAL |
| v. | |
| MARK RIDLEY-THOMAS and MARILYN LOUISE FLYNN, | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Ruth C. Pinkel, Lindsey Greer Dotson, and Thomas F. Rybarczyk, hereby files its Response to the Opposition to the Request for Continuance of Trial (dkt. 55).

///

///

This response is based upon the attached memorandum of points and authorities, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: May 27, 2022                    Respectfully submitted,

                                       TRACY L. WILKISON
                                       United States Attorney

                                       SCOTT M. GARRINGER
                                       Assistant United States Attorney
                                       Chief, Criminal Division


                                           */s/ Lindsey Greer Dotson*
                                       RUTH C. PINKEL
                                       LINDSEY GREER DOTSON
                                       THOMAS F. RYBARCZYK
                                       Assistant United States Attorneys

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

The government's response is solely to address a factual statement in defendant MARK RIDLEY-THOMAS's opposition to a trial continuance (dkt. 55). Defendant RIDLEY-THOMAS suggests that he is without income as a basis for the Court to deny the request for a trial continuance. The government understands that defendant RIDLEY-THOMAS has other sources of income apart from his salary as a Los Angeles City Councilman, and to the extent the Court were to consider defendant's financial status as a determinative factor, the government would ask the Court to inquire further.