DURIE TANGRI LLP
MICHAEL J. PROCTOR (SBN 148235)
mproctor@durietangri.com
953 East 3rd Street
Los Angeles, CA 90013
Telephone:  213-992-4499
Facsimile:   415-236-6300

DURIE TANGRI LLP
GALIA Z. AMRAM (SBN 250551)
gamram@durietangri.com
RAMSEY W. FISHER (SBN 334228)
rfisher@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   415-362-6666
Facsimile:   415-236-6300

Attorneys for Defendant
MARK RIDLEY-THOMAS

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>    v.<br><br>MARK RIDLEY-THOMAS and<br>MARILYN LOUISE FLYNN,<br><br>                          Defendants. | Case No. 2:21-cr-00485-DSF<br><br>**DEFENDANT MARK RIDLEY-THOMAS'S UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER TO FILE HIS MOTION TO SEVER (UNREDACTED VERSION), AND SUPPORTING DECLARATION AND EXHIBITS *UNDER SEAL*; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Ctrm:  7D<br>Judge: Honorable Dale S. Fischer<br><br>(Unopposed by the Government)<br>(Unopposed by Defendant Marilyn Flynn) |

**PLEASE TAKE NOTICE** that Defendant Mark Ridley-Thomas, by and through his counsel of record, Michael J. Proctor of Durie Tangri LLP, hereby applies for an Order directing that the following documents be filed *under seal*:  (1) Defendant Mark Ridley-Thomas's Notice of Motion and Motion to Sever and Memorandum of Points and Authorities and Appendix (Unredacted Version); and (2) Declaration of Ramsey W. Fisher in Support of Defendant Mark Ridley-Thomas's Motion to Sever and Exhibits Thereto.  Good cause exists to file the motion and supporting documents under seal because they make reference to and quote documents designated as confidential under this Court's Protective Order.  The Declaration of Ramsey W. Fisher in Support of Defendant Mark Ridley-Thomas's Motion to Sever and Exhibits Thereto will be filed under seal entirely.  Redacted versions of the motion and memorandum of points and authorities will be publicly filed.  The redactions will consist of the portions of the motion papers that reference or discuss materials protected by the Court's previously-entered Revised Protective Order Regarding Discovery.  [Dkt. 41]

On May 24, 2022, Mr. Ridley-Thomas's counsel met and conferred with the government regarding Mr. Ridley-Thomas's *ex parte* application to file portions of his motion to sever and supporting documents under seal and the government stated that it does not oppose the motion.  Mr. Ridley-Thomas's counsel also met and conferred with counsel for Defendant Marilyn Flynn and Ms. Flynn's counsel stated that she does not oppose this application.

This Application is based on the attached Memorandum of Points and Authorities and the Declaration of Michael J. Proctor in Support of Defendant Mark Ridley-Thomas's Unopposed *Ex Parte* Application for an Order to File His Motion to Sever, and Supporting Declaration and Exhibits Under Seal.

Dated:  May 27, 2022                    DURIE TANGRI LLP

                                        By: _____
                                        MICHAEL J. PROCTOR

                                        Attorneys for Defendant
                                        MARK RIDLEY-THOMAS

DEFENDANT MARK RIDLEY-THOMAS'S UNOPPOSED *EX PARTE* APPLICATION
FOR AN ORDER TO FILE MOTION (UNREDACTED VERSION), DECLARATION,
AND EXHIBITS UNDER SEAL / CASE NO. 2:21-CR-00485-DSF

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Criminal Local Rule 49-1.2(b)(3), Standing Order Rule 7, Civil Local Rule 7-19, and Federal Rule of Criminal Procedure 49.1, Defendant Mark Ridley-Thomas respectfully requests that the following documents be filed *under seal*:  (1) Defendant Mark Ridley-Thomas's Notice of Motion and Motion to Sever; Memorandum of Points and Authorities and Appendix (Unredacted Version); and (2) Declaration of Ramsey W. Fisher in Support of Defendant Mark Ridley-Thomas's Motion to Sever and Exhibits Thereto.  The Declaration of Ramsey W. Fisher in Support of Defendant Mark Ridley-Thomas's Motion to Sever and Exhibits Thereto will be filed under seal entirely. Redacted versions of the motion and memorandum of points and authorities will be publicly filed.  There is no opposition to this application.

Courts have supervisory powers over their records and files to seal documents under appropriate circumstances.  *See United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987).  The Ninth Circuit has approved of filing items *ex parte*, *under seal*, and *in camera* where a party has "no obligation to disclose them."  *United States v. Gurolla*, 333 F.3d 944, 951 (9th Cir. 2003) (quoting *United States v. Klimavicius-Viloria*, 144 F.3d 1249, 1261 (9th Cir. 1998)).

In this case, the Court previously entered a Protective Order governing certain materials produced in discovery.  Revised Protective Order Regarding Discovery.  [Dkt. 41.]  That Protective Order states, in relevant part:

> In the event that a defendant needs to file Confidential Information with the Court or divulge the contents of Confidential Information in court filings, the filing should be made under seal…. If the government does not object to the proposed filing, the defendant seeking to file such information shall redact any Confidential Information and make all reasonable attempts to limit the divulging of Confidential Information.

[Dkt. 41.]

Mr. Ridley-Thomas's motion to sever and supporting documents cite to, quote, and

1

discuss documents that have been designated confidential under this Protective Order.
Declaration of Michael J. Proctor in Support of Defendant Mark Ridley-Thomas's
Unopposed *Ex Parte* Application for an Order to File His Motion to Sever, and
Supporting Declaration and Exhibits *Under Seal* ("Proctor Decl."), ¶ 2.  To avoid
violation of the Protective Order, Mr. Ridley-Thomas seeks to file the motion and
supporting documents *under seal*.  Mechanically, this entails creating two versions of the
motion papers:  One redacted version that will be filed publicly and one unredacted
version that will be filed *under seal*.  The publicly filed version will include the redacted
Notice of Motion and Motion to Sever, and the redacted Memorandum of Points and
Authorities.  The *under seal* version will include the unredacted Notice of Motion and
Motion to Sever; unredacted Memorandum of Points and Authorities, and Appendix.  In
addition, the entirety of the Declaration of Ramsey W. Fisher in Support Thereof will be
filed under seal because it exclusively serves to attach documents that are confidential
under the Protective Order.  Mr. Ridley-Thomas seeks an order permitting this.

On May 24, 2022, Mr. Ridley-Thomas's counsel met and conferred with the
government regarding Mr. Ridley-Thomas's *ex parte* application to file a motion to sever
and supporting documents *under seal*.  The government stated it does not oppose the
application.  Proctor Declaration, ¶ 3.  Mr. Ridley-Thomas's counsel also informed
counsel for Defendant Marilyn Flynn of Mr. Ridley-Thomas's *ex parte* application;
counsel for Ms. Flynn stated that she does not oppose the application.  *Id*, ¶ 4.

If the Court declines to order that the unredacted motion to sever, supporting
declaration and exhibits thereto be filed under seal, Mr. Ridley-Thomas respectfully
requests that the Court return these documents to counsel for Mr. Ridley-Thomas and that
they are not filed publicly.

1  Dated:  May 27, 2022                    DURIE TANGRI LLP

2

3                                          By: _____

4                                          MICHAEL J. PROCTOR

5                                          Attorneys for Defendant
                                           MARK RIDLEY-THOMAS
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT MARK RIDLEY-THOMAS'S UNOPPOSED *EX PARTE* APPLICATION
FOR AN ORDER TO FILE MOTION (UNREDACTED VERSION), DECLARATION,
AND EXHIBITS UNDER SEAL / CASE NO. 2:21-CR-00485-DSF

## DECLARATION OF MICHAEL J. PROCTOR

I, Michael J. Proctor, declare as follows:

1.      I am an attorney admitted to practice in the State of California and a member of the bar of this Court.  I am an attorney at the law firm of Durie Tangri LLP, counsel for Defendant Mark Ridley-Thomas.  I submit this declaration in support of Defendant Mark Ridley-Thomas's Unopposed *Ex Parte* Motion for an Order directing that the following documents be filed under seal:  (1) Defendant Mark Ridley-Thomas's Notice of Motion and Motion to Sever and Memorandum of Points and Authorities and Appendix (Unredacted Version); and (2) Declaration of Ramsey W. Fisher in Support of Defendant Mark Ridley-Thomas's Motion to Sever and Exhibits Thereto (the "Fisher Declaration"). I have personal knowledge of the facts stated herein, and could and would testify competently thereto if called as a witness in this matter.

2.      Mr. Ridley-Thomas's motion to sever and the supporting declaration and exhibits cite to, quote, and discuss documents that have been designated confidential under the Revised Protective Order Regarding Discovery [Dkt. 41] previously entered by the Court in the case.  To comply with the Protective Order, Mr. Ridley-Thomas seeks to file the unredacted motion and supporting documents under seal.  In addition, an order is sought permitting the Fisher Declaration to be filed under seal in its entirety, because it exclusively serves to attach documents that are confidential under the Protective Order.

3.      On May 24, 2022, I met and conferred with the government regarding Mr. Ridley-Thomas's *ex parte* application to file *under seal*.  The government stated it did not oppose the application.

4.      On May 25, 2022, I met and conferred with counsel for Defendant Marilyn Flynn regarding the *ex parte* application to file *under seal*.  Ms. Flynn's counsel stated she did not oppose the application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DEFENDANT MARK RIDLEY-THOMAS'S UNOPPOSED *EX PARTE* APPLICATION
FOR AN ORDER TO FILE MOTION (UNREDACTED VERSION), DECLARATION,
AND EXHIBITS UNDER SEAL / CASE NO. 2:21-CR-00485-DSF

Executed May 27, 2022, at Los Angeles, California.

_____
MICHAEL J. PROCTOR

DEFENDANT MARK RIDLEY-THOMAS'S UNOPPOSED *EX PARTE* APPLICATION
FOR AN ORDER TO FILE MOTION (UNREDACTED VERSION), DECLARATION,
AND EXHIBITS UNDER SEAL / CASE NO. 2:21-CR-00485-DSF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2022 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

MICHAEL J. PROCTOR

DEFENDANT MARK RIDLEY-THOMAS'S UNOPPOSED *EX PARTE* APPLICATION
FOR AN ORDER TO FILE MOTION (UNREDACTED VERSION), DECLARATION,
AND EXHIBITS UNDER SEAL / CASE NO. 2:21-CR-00485-DSF