DURIE TANGRI LLP
MICHAEL J. PROCTOR (SBN 148235)
mproctor@durietangri.com
953 East 3rd Street
Los Angeles, CA 90013
Telephone: 213-992-4499
Facsimile: 415-236-6300

DURIE TANGRI LLP
GALIA Z. AMRAM (SBN 250551)
gamram@durietangri.com
RAMSEY W. FISHER (SBN 334228)
rfisher@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant
MARK RIDLEY-THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>MARK RIDLEY-THOMAS and MARILYN LOUISE FLYNN,<br><br>                Defendants. | Case No. 2:21-cr-00485-DSF<br><br>**DEFENDANT MARK RIDLEY-THOMAS'S UNOPPOSED *EX PARTE* APPLICATION TO FILE OVERSIZED BRIEF; DECLARATION OF MICHAEL J. PROCTOR IN SUPPORT THEREOF**<br><br>Ctrm: 7D<br>Judge: Honorable Dale S. Fischer |

**PLEASE TAKE NOTICE** that Defendant Mark Ridley-Thomas, by and through his counsel of record, Michael J. Proctor of Durie Tangri LLP, hereby applies for an Order for permission to file his motion to sever in excess of the page limit specified by the Court. CR Standing Order, April 20, 2020, at 3, ¶ 5.

Mr. Ridley-Thomas, by and through his counsel of record, is filing a motion to sever. The memorandum of points and authorities in support of that motion is 20 pages long—well under the page limit. However, in addition to the memorandum, Mr. Ridley-Thomas's counsel has prepared an appendix to the motion to sever, which counsel believes will assist the Court in analyzing the evidentiary issues central to the motion. The appendix sets forth in an organized manner the statements identified in the motion and the legal issues associated with those statements. Counsel believes this appendix will help make it more efficient, not less efficient, for the Court to rule on the motion. The appendix is 9 pages in length.

This application is unopposed by the government and counsel for co-defendant Marilyn Flynn.

Accordingly, to the extent that leave is required to file the motion as described, Mr. Ridley-Thomas seeks leave to file his 20-page motion to sever with an appendix that is 9 pages in length.

Dated: May 27, 2022

DURIE TANGRI LLP

By: /s/ Michael J. Proctor
MICHAEL J. PROCTOR
Attorney for Defendant
MARK RIDLEY-THOMAS

# DECLARATION OF MICHAEL J. PROCTOR

I, Michael J. Proctor, declare as follows:

1. I am an attorney admitted to practice in the State of California and a member of the bar of this Court. I am an attorney at the law firm of Durie Tangri LLP, counsel for Defendant Mark Ridley-Thomas. I submit this declaration in support of Defendant Mark Ridley-Thomas's Unopposed *Ex Parte* Application to File an Oversized Brief. I have personal knowledge of the facts stated herein, and could and would testify competently thereto if called as a witness in this matter.

2. I am filing a motion to sever on behalf of my client Mr. Ridley-Thomas. The memorandum of points and authorities in support of that motion is 20 pages long—well under the Court's page limit. However, to aid the Court in deciding the evidentiary issues underlying the motion, I have prepared an appendix. I believe that the appendix will assist the Court in analyzing the evidentiary issues in an organized manner. Thus, I believe the appendix will make it more efficient, not less efficient, for the Court to rule on the motion. The appendix is 9 pages in length.

3. On May 26, 2022, I met and conferred with the government on the application to file oversized brief. The government stated it does not oppose the application. The same day I met and conferred with counsel for Defendant Marilyn Flynn's counsel. Counsel informed me that Ms. Flynn does not oppose the application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed May 27, 2022, at Los Angeles, California.



MICHAEL J. PROCTOR

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2022 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

_____
MICHAEL J. PROCTOR