MICHAEL J. PROCTOR (SBN 148235)
DURIE TANGRI LLP
953 East 3rd Street
Los Angeles, California 90013
mproctor@durietangri.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 21-CR-00485-DSF |
| v. | |
| MARK RIDLEY-THOMAS, et al., | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed   ☐ Lodged:  (**List Documents**)

Declaration and Exhibit

**Reason:**
☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

May 27, 2022
Date

_Michael J. Proctor_
Attorney Name
Defendant Mark Ridley-Thomas
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).