# EXHIBIT 14

**From:** Marilyn Flynn
**To:** Michael Quick
**Sent:** 7/9/2018 7:37:33 PM
**Subject:** RE: Memo

Dear Michael,

I have to say I am shocked.  I have spoken once with Laura LaCorte, last Friday, and thought that I was meeting with her in order to talk about the proposal for establishing legal entity status by the county for our TeleHealth program.   We met for two hours during which time we discussed my relationship with the Chair of the County Board, the enrollment of his son in our MSW program, and a contribution which I made to the United Way of California that supported a political survey by Sabastian Ridley Thomas.  I was not aware that this was an investigation and did not understand that there was a concern about compliance with university policy or the nature of that concern.  I would like to talk with you tomorrow so that I could understand this matter more clearly.  Would that be possible?

Marilyn

Marilyn L. Flynn, PhD
Professor and 2U Chair in Educational Innovation and Social Work
Fellow, American Academy of Social Work and Social welfare
USC Suzanne Dworak Peck School of Social Work
University of Southern California
Montgomery Ross Fisher Building
Los Angeles, California 90089
Tel: 213-740-8311
Mobile: 323-541-3873
Mflynn@usc.edu

**From:** Michael Quick
**Sent:** Monday, July 9, 2018 4:53 PM
**To:** Marilyn Flynn <mflynn@usc.edu>
**Subject:** Memo

Dear Marilyn,

Please see the enclosed memo.

--Michael

CONFIDENTIAL INFORMATION - CONTENTS SUBJECT TO PROTECTIVE ORDER                                    USC_R17_00002755