# EXHIBIT 15

| | |
|---|---|
| **From:** | Sebastian Mark Ridley-Thomas ▮ |
| **Sent:** | Wednesday, July 18, 2018 1:21 PM |
| **To:** | MRT ▮ |
| **Subject:** | Fwd: Letter from ▮ |
| **Attach:** | 180718_Sebastian Ridley-Thomas.pdf |

Begin forwarded message:

**From:** USC Provost <uscprovost@usc.edu>
**Subject: Letter from** ▮
**Date:** July 18, 2018 at 11:14:20 AM PDT
**To:** Sebastian Mark Ridley-Thomas ▮
**Cc:** ▮

Attached please find a letter from Vice Provost ▮.

CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER

USAO_116125



OFFICE OF THE PROVOST

Vice Provost
and Senior Advisor to the Provost

UPS Foundation Chair in Law, Gerontology,
Psychiatry and the Behavioral Sciences

July 18, 2018

Sebastian Ridley-Thomas
Professor of the Practice of Policy and Social Work

And by email:

Dear Mr. Ridley-Thomas:

The Office of Compliance discussed with you the facts about your appointment to a joint faculty position in Social Work and Public Policy, made in conjunction with your admission, with scholarship, as a graduate student in the dual degree program between those schools. The Committee on Professional Responsibility considered this situation in light of Faculty Handbook 3-J which provides that faculty members shall not be candidates for degrees in the same program in which they have an appointment. The Committee determined that the appropriate corrective action, as to your faculty status, is immediate termination of your faculty appointment. Your appointment is therefore terminated. You are entitled to ninety days pay in lieu of notice, and the Benefits Office will be in touch with you about your COBRA rights to continuation of health benefits. The appropriate school office will notify you as to the status of the scholarship.

Sincerely,



Cc:

University of Southern California
3551 Trousdale Parkway, Suite 102, Los Angeles, California 90089-4019 •

USAO_116126
CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER