# EXHIBIT 16

| | |
|---|---|
| **From:** | King, Ashley |
| **To:** | Samantha Schnier; Vicki Podberesky |
| **Cc:** | Brian Hennigan; Lopata, Joel; Yonekura, Stephanie; Stephanie Xiao |
| **Subject:** | RE: USA v. Ridley-Thomas, Flynn 21-CR-00485-DSF |
| **Date:** | Thursday, September 1, 2022 10:08:45 AM |

Sam,

We also wanted to confirm with you that we additionally represent Jacquelyn McCroskey, and she has declined to be interviewed at this time.

Best,
Ashley

**From:** King, Ashley
**Sent:** Monday, August 29, 2022 9:16 AM
**To:** 'Samantha Schnier' <sschnier@hueston.com>; Yonekura, Stephanie <stephanie.yonekura@hoganlovells.com>; Lopata, Joel <joel.lopata@hoganlovells.com>
**Cc:** Brian Hennigan <bhennigan@hueston.com>; Vicki Podberesky <vpod@aplaw.law>; Stephanie Xiao <sxiao@hueston.com>
**Subject:** RE: USA v. Ridley-Thomas, Flynn 21-CR-00485-DSF

Sam,

We are confirming that in addition to John Clapp, Michele Clark, and Carmen Frierson, we also represent Mike Nichol and Dorian Traube in connection with *USA v. Ridley-Thomas & Flynn*.

We have conferred with our above-referenced clients regarding your request to interview them. At this time, they have declined to be interviewed.

Best,
Ashley

**From:** Samantha Schnier <sschnier@hueston.com>
**Sent:** Friday, August 5, 2022 11:25 AM
**To:** Yonekura, Stephanie <stephanie.yonekura@hoganlovells.com>; King, Ashley <ashley.king@hoganlovells.com>; Lopata, Joel <joel.lopata@hoganlovells.com>
**Cc:** Brian Hennigan <bhennigan@hueston.com>; Vicki Podberesky <vpod@aplaw.law>; Stephanie Xiao <sxiao@hueston.com>
**Subject:** USA v. Ridley-Thomas, Flynn 21-CR-00485-DSF

[EXTERNAL]

Ashley and Stephanie,

It's our understanding that you represent 1) John Clapp, 2) Michele Clark, and 3) Carmen Frierson in connection with the criminal case brought against Mark Ridley-Thomas and Marilyn Flynn. I don't believe you have previously told us that you represent Mike Nichol or Dorian Traube. Can you please confirm that you do not represent either?

Additionally, can you please let us know for each of these individuals you do represent, if any are willing to be interviewed by us?

Thank you,
Sam

**Samantha Schnier**

**HUESTON HENNIGAN** LLP

D: 213.788.4276
T: 213.788.4340
sschnier@hueston.com
Biography

523 West 6th St Suite 400
Los Angeles CA 90014

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.