# EXHIBIT 18


**USC University of Southern California**

OFFICE OF THE PROVOST

Michael W. Quick, Ph.D.
*Provost and Senior Vice President
for Academic Affairs*

*Shelly and Ofer Nemirovsky Provost's Chair*

## MEMORANDUM

**To:**        Marilyn Flynn

**From:**   Michael W. Quick
                   Provost and Senior Vice President for Academic Affairs

**Date:**    July 9, 2018

**Subject:**   Leave

As you know, the Office of Compliance is conducting an investigation involving you and has discussed the circumstances with you. The investigator has requested, as an interim measure under Faculty Handbook 6-H(1), that you be placed on temporary paid leave, as this is a case alleging adequate cause for dismissal that is of such a nature that it would bring severe discredit to the University. I have consulted with the ranking tenured Academic Senate officer and have determined that this measure is appropriate, feasible, and justified by the evidence at this time, considering the University's obligations to the community and the nature and scope of the alleged misconduct. Your temporary paid leave is effective immediately, until this case is resolved.

Under the terms of my recent letter designating you as Special Advisor to the Provost, I am also dismissing you from that appointment effective immediately.

Cc:    Yaniv Bar-Cohen
          Michael Blanton
          John Clapp
          Elizabeth Graddy
          Paul Rosenbloom
          Daniel Shapiro

University of Southern California
3551 Trousdale Parkway, Suite 102, Los Angeles, California 90089-4019 • Tel: 213 740 2101 • uscprovost@usc.edu • www.provost.usc.edu

USC_R17_00000244