E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
LINDSEY GREER DOTSON (Cal. Bar No. 266973)
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4443/8452
     Facsimile: (213) 894-0141
     E-mail:    lindsey.dotson@usdoj.gov
                thomas.rybarczyk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-00485-DSF-1 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER REGARDING PRETRIAL EXCHANGE OF TRIAL EXHIBITS |
| v. | |
| MARK RIDLEY-THOMAS, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, the Court orders the following:

1. Each party shall produce all trial exhibits and an exhibit list to the opposing party by no later than January 6, 2023. The exhibits shall contain the party's proposed redactions. Government exhibits shall be marked using exhibit numbers 1 to 999. Defense exhibits shall be marked using exhibit numbers 1,000 to 1,999.

2. By no later than January 20, 2023, each party shall notify the opposing party, in writing, of any objections to the exhibits that were produced on or before January 6, 2023, as well as the basis for those objections. Absent good cause or an agreement in writing

1  by the parties, objections are waived if not raised in writing by
2  January 20, 2023.
3       3.   The parties shall then meet and confer in person at the
4  U.S. Attorney's Office in Los Angeles to resolve evidentiary
5  objections the week of January 23, 2022.  Any remaining objections
6  that the parties cannot resolve shall be raised with the Court at the
7  final pretrial conference on February 13, 2022.  By no later than
8  February 6, 2022, the parties shall (1) lodge the disputed exhibits
9  with the Court and (2) file a joint document containing a party's
10 objection and the opposing party's response to the objection.
11      4.   This order does not require pretrial disclosure of any
12 exhibit to be used solely for impeachment or rebuttal.
13      5.   This order does not require pretrial disclosure by January
14 6, 2023 of any exhibit not yet in the party's possession, custody, or
15 control by January 6, 2023.
16      6.   This order does not require pretrial disclosure by January
17 6, 2023 of any exhibit, such as a summary chart, that is not drafted
18 or complete by January 6, 2023.
19 ///
20 ///
21 ///

7. Any trial exhibit identified after January 6, 2023 shall be promptly produced to the opposing party, redacted (if applicable), and marked as an exhibit. The opposing party shall raise any objections to that exhibit within one week of the exhibit's production. The parties shall thereafter meet and confer to attempt to resolve any evidentiary objections in advance of trial. Absent good cause or an agreement in writing by the parties, objections are waived if not raised in writing within a week of the exhibit's production.

IT IS SO ORDERED.

DATE

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Lindsey Greer Dotson*
LINDSEY GREER DOTSON
THOMAS F. RYBARCZYK
Assistant United States Attorneys