E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
LINDSEY GREER DOTSON (Cal. Bar No. 266973)
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4443/8452
     Facsimile: (213) 894-7631
     E-mail:    lindsey.dotson@usdoj.gov
                thomas.rybarczyk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 21-00485-DSF-1 |
| Plaintiff, | STIPULATION NOS. 1 THROUGH 7 |
| v. | Trial Date:  March 7, 2023 |
| MARK RIDLEY-THOMAS, | Time:        9:00 a.m. |
| Defendant. | Place:       Courtroom of the Hon. Dale S. Fischer |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Lindsey Greer Dotson and Thomas F. Rybarczyk, and defendant MARK RIDLEY-THOMAS, both individually and by and through his counsel of record Galia Z. Amram, Daralyn J. Durie, and Ramsey W. Fisher, hereby submit stipulation numbers 1 through 7 for the above-captioned case.

1

1    The parties agree that these stipulations may be marked as
2  exhibits, admitted and displayed at trial, and provided to the jury
3  during their deliberations.
4
5  Dated: December 19, 2022            Respectfully submitted,
6                                      E. MARTIN ESTRADA
                                       United States Attorney
7
                                       SCOTT M. GARRINGER
8                                      Assistant United States Attorney
                                       Chief, Criminal Division
9
10                                     /s/ Lindsey Greer Dotson
                                       _____
                                       LINDSEY GREER DOTSON
11                                     THOMAS F. RYBARCZYK
                                       Assistant United States Attorneys
12
                                       Attorneys for Plaintiff
13                                     UNITED STATES OF AMERICA
14
15
    Dated: _____      _____
16                                     Defendant MARK RIDLEY-THOMAS
17
18
    Dated: _____      _____
19                                     GALIA Z. AMRAM
20                                     Attorney for Defendant
                                       MARK RIDLEY-THOMAS
21
22
23
24
25
26
27
28

                                    2

The parties agree that these stipulations may be marked as exhibits, admitted and displayed at trial, and provided to the jury during their deliberations.

Dated: _____          Respectfully submitted,

                                E. MARTIN ESTRADA
                                United States Attorney

                                SCOTT M. GARRINGER
                                Assistant United States Attorney
                                Chief, Criminal Division

                                _____
                                LINDSEY GREER DOTSON
                                THOMAS F. RYBARCZYK
                                Assistant United States Attorneys

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

                                /s/ Mark Ridley-Thomas
Dated: December 16, 2022        _____
                                Defendant MARK RIDLEY-THOMAS


Dated: _____          _____
                                GALIA Z. AMRAM

                                Attorney for Defendant
                                MARK RIDLEY-THOMAS

The parties agree that these stipulations may be marked as exhibits, admitted and displayed at trial, and provided to the jury during their deliberations.

Dated: _____          Respectfully submitted,

                                                              E. MARTIN ESTRADA
                                                              United States Attorney

                                                              SCOTT M. GARRINGER
                                                              Assistant United States Attorney
                                                              Chief, Criminal Division

                                                              _____
                                                              LINDSEY GREER DOTSON
                                                              THOMAS F. RYBARCZYK
                                                              Assistant United States Attorneys

                                                              Attorneys for Plaintiff
                                                              UNITED STATES OF AMERICA

Dated: _____          _____
                                                              Defendant MARK RIDLEY-THOMAS

Dated: December 19, 2022          _____
                                                              GALIA Z. AMRAM

                                                              Attorney for Defendant
                                                              MARK RIDLEY-THOMAS

**STIPULATION NO. 1**

**Re: The County of Los Angeles**

**[Exhibit 801]**

The parties hereby stipulate and agree that the following facts are now conclusively established:

The County of Los Angeles ("County") was a local government that received benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, or other form of Federal assistance in each of the calendar years 2017 and 2018.

The Los Angeles County Board of Supervisors ("Board of Supervisors") is the governing body of the County.  The Board of Supervisors has five members.  Each member is elected by voters in their respective districts and can serve up to three four-year terms.

**STIPULATION NO. 2**

**Re: Defendant MARK RIDLEY-THOMAS**

**[Exhibit 802]**

The parties hereby stipulate and agree that the following facts are now conclusively established:

Defendant MARK RIDLEY-THOMAS was a member of the Los Angeles County Board of Supervisors ("Board of Supervisors") for the Second District from approximately 2008 to 2020.

As a member of the Board of Supervisors, defendant MARK RIDLEY-THOMAS was a public official employed by the County of Los Angeles ("County") and an agent of the County.  In his capacity as a public official and agent of the County, defendant MARK RIDLEY-THOMAS owed a fiduciary duty to the citizens of the County.

**STIPULATION NO. 3**

**Re: The University of Southern California and Marilyn Flynn**

**[Exhibit 803]**

The parties hereby stipulate and agree that the following facts are now conclusively established:

The University of Southern California ("USC") is a private research university in Los Angeles, California.  USC was located within the Second District when defendant MARK RIDLEY-THOMAS was a member of the Los Angeles County Board of Supervisors for the Second District.

Marilyn Flynn was a tenured faculty member at USC and dean of the USC Suzanne Dworak-Peck School of Social Work from approximately 1997 to 2018.

**STIPULATION NO. 4**

**Re: Telephone Numbers**

**[Exhibit 804]**

The parties hereby stipulate and agree that the following facts are now conclusively established:

The telephone numbers ending in 1405 and 2222 belonged to and were used by ▮▮▮▮ in 2017 and 2018.

The telephone number ending in 0342 belonged to and was used by ▮▮▮▮ in 2017 and 2018.

The telephone numbers ending in 8311, 3873, and 2959 belonged to and were used by ▮▮▮▮ in 2017 and 2018.

The telephone number ending in 8391 belonged to and was used by ▮▮▮▮ in 2017 and 2018.

The telephone number ending in 2016 belonged to and was used by ▮▮▮▮ in 2017 and 2018.

The telephone number ending in 8522 belonged to and was used by ▮▮▮▮ in 2017 and 2018.

The telephone number ending in 6057 belonged to and was used by ▮▮▮▮ in 2017 and 2018.

The telephone number ending in 3878 belonged to and was used by ▮▮▮▮ in 2017 and 2018.

**STIPULATION NO. 5**

**Re: Authenticity of Records**

**[Exhibit 805]**

The parties hereby stipulate and agree that the following facts are now conclusively established:

Documents Bates-stamped USAO_000001 to USAO_390629 and MRT_000001 to MRT_004574 are true and accurate copies of authentic records.  The parties do not dispute the authenticity of the records.

1

3                           **STIPULATION NO. 6**

4                              **Re: Mailings**

                             **[Exhibit 806]**

The parties hereby stipulate and agree that the following facts are now conclusively established:

All mailings charged in the Indictment -- specifically, in Counts Four and Five of the Indictment -- traveled in the mail and were delivered by an interstate mail carrier, namely, FedEx.

**STIPULATION NO. 7**

**Re: Interstate Wires**

**[Exhibit 807]**

The parties hereby stipulate and agree that the following facts are now conclusively established:

All wire communications charged in the Indictment -- specifically, in Counts Six through Twenty of the Indictment -- traveled in interstate commerce, in other words, between one state and another.