# LIST OF EXHIBITS AND WITNESSES

| Case Number | CR 21-485 DSF | Title | USA v. Mark Ridley-Thomas |
|---|---|---|---|
| Judge | Honorable Dale S. Fischer | | |
| Dates of Trial or Hearing | 3/6/23 | | |
| Court Reporters or Tape No. | Pat Cuneo | | |
| Deputy Clerks | Renee Fisher | | |

FILED
CLERK, U.S. DISTRICT COURT
3/6/23
CENTRAL DISTRICT OF CALIFORNIA
BY: RF  DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Lindsey Greer Dotson | Arturo Jorge Gonzalez |
| Michael J. Morse | Galia Z. Amram |
| Thomas F. Rybarczyk | Ramsey William Fisher |
| | |
| | |

| Plaintiff(s) Ex. No. | Id. | Ev. | Defendant(s) Ex. No. | Id. | Ev | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| | | | | | | Jacquelyn McCroskey (3/6/23) | Gov't |
| 19 | 3/6/23 | 3/6/23 | | | | Email chain regarding Board Agenda for August 1, 2017 | |
| 24 | 3/6/23 | 3/6/23 | | | | Calendar entry from Marilyn Flynn | |
| 27 | 3/6/23 | 3/6/23 | | | | USC Email re: "Probation University" | |
| 28 | 3/6/23 | 3/6/23 | | | | USC Email re: "RE: Probation University" | |
| | | | 1047 | 3/6/23 | | Motion by Def. Ridley-Thomas, dated 3/3/15 | |
| | | | 2003 | 3/6/23 | 3/6/23 | Email response | |
| | | | 1182 | 3/6/23 | | Statement of Proceedings - 10/17/17 | |

G-65 (03/07)   LIST OF EXHIBITS AND WITNESSES   Page ___ of ___