FILED
CLERK, U.S. DISTRICT COURT
3/30/23
CENTRAL DISTRICT OF CALIFORNIA
BY: RF DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 21-485-DSF-1 |
|---|---|
| Plaintiff, | VERDICT FORM  REDACTED |
| v. | |
| MARK RIDLEY-THOMAS, | |
| Defendant. | |

## COUNT ONE

### Conspiracy

1. We, the Jury, unanimously find defendant MARK RIDLEY-THOMAS (check one):

    √    GUILTY

    \_\_\_\_\_ NOT GUILTY

of Conspiracy as charged in Count One of the Indictment.

**(Please proceed to Question No. 2.)**

1

## COUNT TWO

### Bribery Concerning Programs Receiving Federal Funds

2. We, the Jury, unanimously find defendant MARK RIDLEY-THOMAS (check one):

✓     GUILTY

_____     NOT GUILTY

of Bribery Concerning Programs Receiving Federal Funds as charged in Count Two of the Indictment.

(Please proceed to Question No. 3.)

## COUNT FOUR

### Honest Services Mail Fraud

3. We, the Jury, unanimously find defendant MARK RIDLEY-THOMAS (check one):

_____ GUILTY

✓ NOT GUILTY

of Honest Services Mail Fraud as charged in Count Four of the Indictment.

(Please proceed to Question No. 4.)

3

## COUNT FIVE

### Honest Services Mail Fraud

4. We, the Jury, unanimously find defendant MARK RIDLEY-THOMAS (check one):

     √      GUILTY

    _____   NOT GUILTY

of Honest Services Mail Fraud as charged in Count Five of the Indictment.

(Please proceed to Question No. 5.)

## COUNT SIX

### Honest Services Wire Fraud

5. We, the Jury, unanimously find defendant MARK RIDLEY-THOMAS (check one):

\_\_\_\_\_ GUILTY

\_\_✓\_\_ NOT GUILTY

of Honest Services Wire Fraud as charged in Count Six of the Indictment.

(Please proceed to Question No. 6.)

## COUNT SEVEN

### Honest Services Wire Fraud

6. We, the Jury, unanimously find defendant MARK RIDLEY-THOMAS (check one):

_____ GUILTY

√ NOT GUILTY

of Honest Services Wire Fraud as charged in Count Seven of the Indictment.

(Please proceed to Question No. 7.)

6

## COUNT EIGHT

### Honest Services Wire Fraud

7. We, the Jury, unanimously find defendant MARK RIDLEY-THOMAS (check one):

\_\_\_\_\_ GUILTY

__✓__ NOT GUILTY

of Honest Services Wire Fraud as charged in Count Eight of the Indictment.

(Please proceed to Question No. 8.)

7

## COUNT NINE

### Honest Services Wire Fraud

8. We, the Jury, unanimously find defendant MARK RIDLEY-THOMAS (check one):

_____ GUILTY

__✓__ NOT GUILTY

of Honest Services Wire Fraud as charged in Count Nine of the Indictment.

(Please proceed to Question No. 9.)

## COUNT TEN

### Honest Services Wire Fraud

9. We, the Jury, unanimously find defendant MARK RIDLEY-THOMAS (check one):

   _____ GUILTY

   \_\_✓\_\_ NOT GUILTY

of Honest Services Wire Fraud as charged in Count Ten of the Indictment.

(Please proceed to Question No. 10.)

## COUNT ELEVEN

### Honest Services Wire Fraud

10. We, the Jury, unanimously find defendant MARK RIDLEY-THOMAS (check one):

_____ GUILTY

\_\_✓\_\_ NOT GUILTY

of Honest Services Wire Fraud as charged in Count Eleven of the Indictment.

**(Please proceed to Question No. 11.)**

## COUNT TWELVE

### Honest Services Wire Fraud

11. We, the Jury, unanimously find defendant MARK RIDLEY-THOMAS (check one):

_____ GUILTY

___✓___ NOT GUILTY

of Honest Services Wire Fraud as charged in Count Twelve of the Indictment.

**(Please proceed to Question No. 12.)**

11

Case 2:21-cr-00485-DSF   Document 308   Filed 03/30/23   Page 13 of 20   Page ID #:4578

## COUNT THIRTEEN

### Honest Services Wire Fraud

12.   We, the Jury, unanimously find defendant MARK RIDLEY-THOMAS (check one):

_____   GUILTY

\_\_✓\_\_   NOT GUILTY

of Honest Services Wire Fraud as charged in Count Thirteen of the Indictment.

(Please proceed to Question No. 13.)

12

## COUNT FOURTEEN

### Honest Services Wire Fraud

13. We, the Jury, unanimously find defendant MARK RIDLEY-THOMAS (check one):

\_\_\_\_ GUILTY

✓ NOT GUILTY

of Honest Services Wire Fraud as charged in Count Fourteen of the Indictment.

**(Please proceed to Question No. 14.)**

13

## COUNT FIFTEEN

### Honest Services Wire Fraud

14. We, the Jury, unanimously find defendant MARK RIDLEY-THOMAS (check one):

__✓__    GUILTY

_____    NOT GUILTY

of Honest Services Wire Fraud as charged in Count Fifteen of the Indictment.

**(Please proceed to Question No. 15.)**

## COUNT SIXTEEN

### Honest Services Wire Fraud

15. We, the Jury, unanimously find defendant MARK RIDLEY-THOMAS (check one):

 __✓__ GUILTY

 _____ NOT GUILTY

of Honest Services Wire Fraud as charged in Count Sixteen of the Indictment.

**(Please proceed to Question No. 16.)**

## COUNT SEVENTEEN

### Honest Services Wire Fraud

16. We, the Jury, unanimously find defendant MARK RIDLEY-THOMAS (check one):

    \_\_\_\_ GUILTY

    ✓ NOT GUILTY

of Honest Services Wire Fraud as charged in Count Seventeen of the Indictment.

(Please proceed to Question No. 17.)

16

## COUNT EIGHTEEN

### Honest Services Wire Fraud

17. We, the Jury, unanimously find defendant MARK RIDLEY-THOMAS (check one):

\_\_\_\_ GUILTY

__✓__ NOT GUILTY

of Honest Services Wire Fraud as charged in Count Eighteen of the Indictment.

**(Please proceed to Question No. 18.)**

17

## COUNT NINETEEN

### Honest Services Wire Fraud

18. We, the Jury, unanimously find defendant MARK RIDLEY-THOMAS (check one):

 __✓__ GUILTY

 _____ NOT GUILTY

of Honest Services Wire Fraud as charged in Count Nineteen of the Indictment.

(Please proceed to Question No. 19.)

## COUNT TWENTY

### Honest Services Wire Fraud

19. We, the Jury, unanimously find defendant MARK RIDLEY-THOMAS (check one):

 ✓ GUILTY

 ____ NOT GUILTY

of Honest Services Wire Fraud as charged in Count Twenty of the Indictment.

DATED 3/30/23 in Los Angeles, California

19