UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 21-00485 DSF | Date | June 26, 2023 |
|---|---|---|---|
| Present: The Honorable | **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE** | | |
| Interpreter | N/A | | |

| Patricia Kim | Pat Cuneo | Michael J. Morse, Lindsey Greer Dotson, Thomas F. Rybarczyk |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Mark Ridley-Thomas | √ | | √ | Galia Z. Amram | √ | | √ |
| | | | | Ramsey W. Fisher | √ | | √' |
| | | | | Daralyn J Durie | √ | | √ |

**Proceedings:** MOTION HEARING (Held and Completed)

DEFENDANT MARK RIDLEY-THOMAS'S MOTION FOR A JUDGMENT OF ACQUITTAL PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 29 [257, 359]

DEFENDANT MARK RIDLEY-THOMAS'S MOTION FOR NEW TRIAL [360]

The matter is called and counsel state their appearances.

The Court questions counsel as stated in court and on the record on the motions and invites counsel to present their oral arguments. Arguments by counsel are heard. The motions are taken under submission. A written order will follow.