E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
LINDSEY GREER DOTSON (Cal. Bar No. 266973)
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
MICHAEL J. MORSE (Cal. Bar No. 291763)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4443/8452/7367
    Facsimile: (213) 894-0141
    E-mail:   lindsey.dotson@usdoj.gov
              thomas.rybarczyk@usdoj.gov
              michael.morse@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-00485-DSF-1 |
|---|---|
| Plaintiff, | NOTICE OF FILING LETTER RECEIVED REGARDING THE SENTENCING OF DEFENDANT MARK RIDLEY-THOMAS |
| v. | |
| MARK RIDLEY-THOMAS, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Lindsey Greer Dotson, Thomas F. Rybarczyk, and Michael J. Morse, hereby files a letter it received regarding the sentencing of defendant MARK RIDLEY-THOMAS.  The letter, attached hereto as Exhibit A, is addressed to the Court and dated August 17, 2023.

Dated: August 17, 2023                    Respectfully submitted,

                                          E. MARTIN ESTRADA
                                          United States Attorney

                                          MACK E. JENKINS
                                          Assistant United States Attorney
                                          Chief, Criminal Division


                                              /s/ Lindsey Greer Dotson
                                          LINDSEY GREER DOTSON
                                          THOMAS F. RYBARCZYK
                                          MICHAEL J. MORSE
                                          Assistant United States Attorneys

                                          Attorneys for Plaintiff
                                          UNITED STATES OF AMERICA

# EXHIBIT A



# Bernard C. Parks

### Chief, Los Angeles Police Department (Ret.)

### 8th District Councilmember, City of Los Angeles (Ret.)

████████        Los Angeles, CA ████

August 17, 2023

The Honorable Dale S. Fischer
United States Courthouse
350 W. 1st Street
Los Angeles, CA 90012

Dear Judge Fischer,

I am writing concerning Case No. 2:21-cr-00485-DSF: ***The United States of America v. Mark Ridley-Thomas.***

After reading about the prosecution's sentencing recommendation of six years, I felt obliged to weigh in, due to my unique perspective as both a law enforcement official and as an elected officeholder.

In my opinion, the prosecutor's recommendation of a six-year prison sentence is too lenient. I say this with all due respect to the U.S. Attorneys, who did an expert job investigating and prosecuting this case before delivering it to the jury. Counsel has correctly illustrated and defined Mr. Ridley-Thomas's actions as a "shake down". And, they left no doubt as to how this felon's self-interests contributed to his indictment and, ultimately, his conviction. In fact, their sentencing recommendation is the only aspect of this trial, where they have fallen short.

It has been well documented how badly communities suffer when their elected officials get involved in self dealing. But, what was missed in the sentencing recommendation was how Mr. Ridley-Thomas's colleagues were also victimized by his crimes. He misled his colleagues by soliciting their voting support, while

failing to advise them of his corrupt behavior. By doing this, he led them to the brink of corruption, which cast doubt on their honesty, integrity and opened the door for their constituents to believe they were involved in his schemes.

In addition, his continued failure to accept responsibility or show remorse is also reprehensible. What's more, he's attempted to use his race to undermine the public's faith in the judicial process and has encouraged others to do so as well. He's used this despicable tactic to raise money and garner support all the while, ignoring that his co-defendant, who testified against him, is Caucasian. And, come to think of it, so is our former president, who now faces four indictments.

I ask that you consider sentencing Mr. Ridley-Thomas to the highest penalty that his crimes allow. This would be both fair and just, as he abused the powers of his office and would serve as an example to those in office as well as those considering running for office. Furthermore, it would continue the daunting process of returning credibility to L.A.'s governmental systems and, hopefully, stop this current trend of corruption.


Respectfully,


BERNARD C. PARKS
Chief/Councilmember, *Retired*