# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES – SENTENCING AND JUDGMENT HEARING

| | | | |
|---|---|---|---|
| Case No. | CR 21-00485 DSF-1 | Date | August 28, 2023 |

Present: The Honorable **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE**

Interpreter   N/A

| Patricia Kim | Pat Cuneo | Lindsay G. Dotson<br>Michael J. Morse<br>Thomas F. Rybarczyk |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Mark Ridley-Thomas | √ | | √ | 1) Galia Z. Amram<br>1) Ramsey W. Fisher<br>1) Nima Kiaey | √<br>√<br>√ | | √<br>√<br>√ |

**Proceedings:**   SENTENCING AND JUDGMENT HEARING (Held and Completed)
☒ Non-Evidentiary   ☐ Contested

√   Refer to separate Judgment & Commitment Order.

___   The Court grants the Government's motion to dismiss all remaining count(s)/underlying indictment/information.

√   Defendant informed of right to appeal.

√   Bond exonerated on surrender.

√   Other: The Court recommends that the defendant be designated to the Bureau of Prisons' facility in Lompoc.