IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK RIDLEY-THOMAS, et al.,<br><br>　　　　Defendants. | Case No. 2:21-cr-00485-DSF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MARK RIDLEY-THOMAS'S MOTION FOR BAIL PENDING APPEAL**<br><br>Date:　　October 30, 2023<br>Time:　　8:30 a.m.<br>Courtroom:　7D<br>Judge:　　Hon. Dale S. Fischer |

1 | The Court, having considered Defendant Mark Ridley-Thomas's Motion for
2 | Bail Pending Appeal, and for good cause shown therein, hereby GRANTS
3 | Defendant Mark Ridley-Thomas's Motion for Bail Pending Appeal and ORDERS
4 | that Defendant Mark Ridley-Thomas shall remain released from custody during the
5 | pendency of his appeal.
6 | IT IS SO ORDERED.
7 |
8 | Dated:                                    _____
  |                                           HONORABLE DALE S. FISCHER
9 |                                           UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2023 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                            */s/ Galia Z. Amram*
                                            GALIA Z. AMRAM